450 A.2d 199

Commonwealth, Appellant v. True.

Petition for Allowance of Appeal
Granted Nov. 30, 1982.

 Argued May 12, 1982. Bruce Warren Vosburgh, for
appellant; D. Gibbons, for appellee.

Before CIRILLO, MONTEMURO and HOFFMAN, JJ.

Order affirmed.